## Mike Polonious, Appellee, v. The National Bank of Benld, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Macoupin county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the April term, 1913. Reversed with finding of fact. Opinion filed October 16, 1913. Rehearing denied November 5, 1913.

### Statement of the Case.

Action by Mike Polonious, a miner, who sues by his next friend, against The National Bank of Benld to recover damages sustained by plaintiff alleged to have resulted from the fall of a radiator which defendant left standing on the sidewalk outside of its building. From a judgment in favor of plaintiff for three thousand dollars defendant appeals.

EDWARD C. KNOTTS and PEEBLES & PEEBLES, for appellant.

RINAKER & RINAKER, for appellee.

MR. JUSTICE CREIGHTON delivered the opinion of the court.

### Abstract of the Decision.

NEGLIGENCE, § 19*—*when owner not liable for injury to child resulting from leaving a radiator on sidewalk.* In an action by a minor, fourteen years of age, to recover for personal injuries resulting from the fall of a radiator left standing on a sidewalk by defendant outside of its building, a verdict for plaintiff *held* not sustained by evidence sufficient to show that plaintiff was of such tender years as to render him incapable of knowing or realizing the danger arising from his act in pushing the radiator so that it fell upon him.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.